520

389 A.2d 166

Commonwealth v. Frankhouser, Appellant.

Submitted September 22, 1976. Alan Ellis, and Ellis & Fincke, for appellant; C. Kent Price, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 166

Commonwealth v. Freedman, Appellant.

Submitted December 6, 1976. Martin J. King, Public Defender, for appellant; Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.